# Exhibit A

# Exhibit A

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,129,965
Registered Jan. 20, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

### SPEARMINT RHINO

CENTRAL RESTAURANT, INC. (NEVADA CORPORATION)
573 NORTH CENTRAL AVENUE
UPLAND, CA 91786

FOR: ADULT CABERETS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-15-1992; IN COMMERCE 10-15-1992.

SER. NO. 75-142,785, FILED 7-31-1996.

HOWARD B. LEVINE, EXAMINING ATTORNEY