# Exhibit  B

# Exhibit  B

**Int. Cls.: 9, 25, 41 and 42**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

**Reg. No. 2,712,739**

## United States Patent and Trademark Office

Registered May 6, 2003

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

ABM WORLDWIDE, INC. (NEVADA CORPORA-
TION)
15423 EAST VALLEY BOULEVARD
CITY OF INDUSTRY, CA 91746

FOR: MOTION PICTURE FILMS AND VIDEO TAPES FEATURING ADULT ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

FOR: LEATHER CLOTHING, NAMELY PANTIES, G-STRINGS, BRASSIERES AND CORSETS FOR SEMI-NUDE AND EROTIC DANCERS; GOLF CLOTHING, NAMELY, GOLF SHIRTS, JACKETS, VESTS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-31-2000; IN COMMERCE 5-31-2000.

FOR: ADULT ENTERTAINMENT SERVICES IN THE NATURE OF ADULT CABARETS, NIGHT-
CLUBS AND SHOW CLUBS FEATURING NUDE, SEMI-NUDE, EROTIC DANCING, AND LAP AND TABLE DANCING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-15-1992; IN COMMERCE 10-15-1992.

FOR: RESTAURANT AND BAR SERVICES; PRE-
PARATION AND SERVING OF FOOD AND DRINK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-15-1992; IN COMMERCE 10-15-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GENTLEMAN'S CLUBS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-264,906, FILED 5-31-2001.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**Reg. No. 3,189,326**

## United States Patent and Trademark Office

Registered Dec. 26, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# SPEARMINT RHINO

SPEARMINT RHINO COMPANIES WORLDWIDE (NEVADA CORPORATION)

15423 EAST VALLEY BOULEVARD

CITY OF INDUSTRY, CA 91746

FOR: RESTAURANT AND BAR SERVICES; PREPARATION AND SERVING OF FOOD AND DRINK, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-15-1992; IN COMMERCE 10-15-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,129,965 AND 2,712,739.

SER. NO. 78-807,183, FILED 2-3-2006.

CHRISTOPHER OTT, EXAMINING ATTORNEY