| Attorney or Party without Attorney:<br>Douglas Q. Hahn, Esq. (SBN 257559)<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>660 NEWPORT CENTER DRIVE, SUITE 1600<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 725-4000<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>103693-0051 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA ||| 
| Plaintiff: The Spearmint Rhino Companies Worldwide, Inc., et al.<br>Defendant: Chang's Dynasty LLC and Alan Chang ||| 
| PROOF OF SERVICE  Hearing Date:  Time:  Dept/Div: | | Case Number:<br>2:23-cv-02040 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Exhibits A & B; Civil Cover Sheet; Certificate of Interested Parties

3. a. Party served: Chang's Dynasty LLC
   b. Person served: Sandra Do, Chief of Staff / Authorized to Accept / Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1531 Las Vegas Blvd. S, Las Vegas, NV 89104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 20 2023 (2) at: 01:18 PM

6. **Person Who Served Papers:**
   a. Luis Sanchez-Jacquez (R-2022-03727)               d. **The Fee** for Service was: $121.66
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/21/2023
(Date)                                                    (Signature)



PROOF OF SERVICE

10111944
(11989642)