Marc J. Randazza, NV Bar No. 12265
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Maxwell Goss (will comply with LR IA 11-2 within 14 days)
Elizabeth Erickson (will comply with LR IA 11-2 within 14 days)
**MAXWELL GOSS PLLC**
32400 Telegraph Rd., Suite 103
Bingham Farms, Michigan 48025
Telephone: (248) 266-5879
max@maxwellgoss.com
elizabeth@maxwellgoss.com

Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., and K-KEL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHANG'S DYNASTY LLC, and ALAN CHANG, <br><br> Defendants. | Case No. 2:23-cv-02040-ART-BNW <br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> **(LR 7.1-1)** |

    The undersigned, attorney of record for Defendants Chang's Dynasty LLC and Alan Chang, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

        CHANG'S DYNASTY LLC       Defendant

        ALAN CHANG                 Defendant

There are no other known persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: January 9, 2024.            Respectfully submitted,

/s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118

Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

Case No. 2:23-cv-02040-ART-BNW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
TREY A. ROTHELL