1  Douglas Q. Hahn (admitted *pro hac vice*)
     dhahn@stradlinglaw.com
2  STRADLING YOCCA CARLSON & RAUTH LLP
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA  92660
4  Tel: (949) 725-4000

5  Ogonna M. Brown, Esq., Nevada Bar No. 7589
     obrown@lewisroca.com
6  Meng Zhong, Esq., Nevada Bar No. 12145
7    mzhong@lewisroca.com
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
8  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
9  Tel: (702) 949-8200

10 Attorneys for Plaintiffs The Spearmint Rhino
11 Companies Worldwide, Inc. and K-Kel, Inc.

12                    **UNITED STATES DISTRICT COURT**

13                    **FOR THE DISTRICT OF NEVADA**

14

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc., | Civil Action No.  2:23-cv-02040-ART-BNW |
| Plaintiffs, | Honorable Anne R. Traum<br>Magistrate Judge Brenda Weksler |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY** |
| Chang's Dynasty LLC and Alan Chang, | |
| Defendants. | **(SECOND REQUEST)** |

21

22        Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.

23  ("Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang ("Defendants")

24  (collectively, "the Parties") hereby stipulate as follows pursuant to LR IA 6-1 and LR 26-3:

25        **I.      COMPLETED DISCOVERY**

26        The Parties have engaged in considerable discovery, with Plaintiffs and Defendants

27  having served multiple sets of interrogatories and requests for production. The parties have also

28

4882-2754-3011v2/103693-0051

exchanged numerous documents.  The parties are actively working to schedule depositions at mutually convenient times.

## II. REMAINING DISCOVERY

While some responses to written discovery remain outstanding, the parties have agreed , absent extraordinary circumstances, not to serve further written discovery, except for deposition notices and subpoenas.  Further, the Parties presently anticipate needing to take 1 – 5 individual depositions each, and depositions of corporate parties under Fed. R. Civ. P. 30(b)(6). Once fact discovery is complete, the Parties expect to disclose experts and take expert depositions.

## III. THERE IS GOOD CAUSE TO EXTEND THE DISCOVERY DEADLINE

The parties agreed to an ambitious discovery schedule and have worked diligently and cooperatively to complete discovery by the current discovery deadline. However, unexpected events have prevented the parties from doing so and thus necessitated this request for additional time.  More specifically, one of Plaintiff's principals, who is approximately 80 years old, has tested positive for COVID and presently remains under a physician's care.  This resulted in his deposition being postponed.  Further, the principals of the Parties have engaged in discussions in hopes that they might find a path  to resolve this matter.

For these reasons, the parties have conferred and respectfully requests a 60-day extension of the discovery deadline and case schedule.

## IV. PROPOSED EXTENSION

|  | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | September 30, 2024 | November 29, 2024 |
| F.R.C.P. 26(a)(2) Disclosures | October 28, 2024 | December 27, 2024 |
| Disclosure of Rebuttal Experts | November 25, 2024 | January 24, 2025 |
| Expert Discovery Closes | December 20, 2024 | February 21, 2025 |
| Dispositive Motions | January 20, 2025 | March 21, 2025 |
| Pretrial Order | February 18, 2025 | April 18, 2025, but if dispositive motions are |

| | | |
|---|---|---|
| | | timely filed, then the date for filing the joint pretrial order shall be suspended until thirty (30) days after decisions on any dispositive motions, or upon further order of the Court extending the time period in which to file the joint pretrial order |

Dated:  September 9, 2024

STRADLING YOCCA CARLSON & RAUTH LLP

By:  */s/ Douglas Q. Hahn*
     Douglas Q. Hahn (admitted *pro hac vice*)

LEWIS ROCA ROTHGERBER CHRISTIE LLP
     Meng Zhong, Esq.
     Ogonna M. Brown, Esq.

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

MAXWELL GOSS PLLC

By:  */s/ Maxwell Goss*
     Maxwell Goss
     Elizabeth Erickson

RANDAZZA LEGAL GROUP
     Marc J. Randazza
     Trey A. Rothell

*Attorneys for Defendants Chang's Dynasty LLC and Alan Chang*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 10, 2024

-3-
STIPULATION TO EXTEND DISCOVERY

4882-2754-3011v2/103693-0051

23-cv-2040

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Douglas Q. Hahn

-4-

CERTIFICATE OF SERVICE

4882-2754-3011v2/103693-0051