Marc J. Randazza, NV Bar No. 12265
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Maxwell Goss (*pro hac vice*)
**MAXWELL GOSS PLLC**
2701 Cambridge Court, Suite 100
Auburn Hills, Michigan 48326
Telephone: (248) 266-5879
max@maxwellgoss.com

Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Chang's Dynasty LLC and Alan Chang, <br><br> Defendants. | Civil Action No. 2:23-cv-02040-ART-BNW <br><br> Honorable Anne R. Traum <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY** <br><br> **(THIRD AND FINAL REQUEST)** |

Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc. ("Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang ("Defendants") (collectively, "the Parties") hereby stipulate as follows pursuant to LR IA 6-1 and LR 26-3:

## I.    COMPLETED DISCOVERY

The Parties continue to make progress in discovery. Both Parties have served and answered written discovery requests and have produced multiple rounds of documents. Defendants have taken the deposition of one key witness, and Plaintiffs are scheduled to take the deposition of another key witness in the near future.

## II. REMAINING DISCOVERY

The Parties have conferred and anticipate continuing to confer regarding outstanding discovery issues. The Parties expect to take 2-3 more individual depositions per side and a 30(b)(6) deposition per side. Limited third-party subpoenas may also be needed. Once fact discovery is complete, the Parties expect to disclose experts and take expert depositions.

## III. THERE IS GOOD CAUSE TO EXTEND THE DISCOVERY DEADLINE

The Parties have continued working diligently and cooperatively on discovery. However, the Parties do not expect to be able to complete fact discovery by the current deadline because of unexpected contingencies, including a December 2 trial setting received by Defendants' counsel after the previous order extending deadlines was entered, and because depositions were delayed due to an elderly witness contracting COVID and the parties working together to resolve some of their differences regarding document discovery. For these reasons, the Parties agree that good cause exists for an extension and respectfully request an extension of approximately 60 days of the fact discovery deadline and other schedule dates. The Parties agree that they will not make a further request to extend the discovery deadline.

## IV. PROPOSED EXTENSION

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Close of Fact Discovery | November 29, 2024 | January 31, 2025 |
| F.R.C.P. 26(a)(2) Disclosures | December 27, 2024 | February 28, 2025 |
| Disclosure of Rebuttal Experts | January 24, 2025 | March 28, 2025 |
| Expert Discovery Closes | February 21, 2025 | April 25, 2025 |
| Dispositive Motions | March 21, 2025 | May 23, 2025 |
| Pretrial Order | April 18, 2025 | June 20, 2025, but if dispositive motions are timely filed, then the date for filing the joint pretrial order shall be suspended until thirty (30) days after decisions on any dispositive |

| | | motions, or upon further order of the Court extending the time period in which to file the joint pretrial order |
|---|---|---|

Dated: November 4, 2024          STRADLING YOCCA CARLSON & RAUTH LLP


By: /s/ Douglas Q. Hahn (w/ permission)
    Douglas Q. Hahn (admitted *pro hac vice*)

LEWIS ROCA ROTHGERBER CHRISTIE LLP
    Meng Zhong, Esq.
    Ogonna M. Brown, Esq.

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

MAXWELL GOSS PLLC


By: /s/ Maxwell Goss
    Maxwell Goss (admitted *pro hac vice*)

*Attorneys for Defendants Chang's Dynasty LLC and Alan Chang*


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Maxwell Goss
Maxwell Goss