Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Maxwell Goss (*pro hac vice*)
**MAXWELL GOSS PLLC**
2701 Cambridge Court, Suite 100
Auburn Hills, Michigan 48326
Telephone: (248) 266-5879
max@maxwellgoss.com

Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., and K-KEL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHANG'S DYNASTY LLC, and ALAN CHANG, <br><br> Defendants. | Case No. 2:23-cv-02040-ART-BNW <br><br> **NOTICE OF DISASSOCIATION AS COUNSEL AND REQUEST TO REMOVE COUNSEL FROM E-SERVICE LIST** |

## NOTICE OF DISASSOCIATION AS COUNSEL

## AND REQUEST TO REMOVE COUNSEL FROM E-SERVICE LIST

Attorney Trey A. Rothell gives notice of his disassociation from the law firm Randazza Legal Group, PLLC, which represents Defendants Chang's Dynasty LLC and Alan Chang in this matter and requests that he be removed from the electronic service list in this case.

Defendants will continue to be represented in this matter by its counsel by Marc J. Randazza and Ronald D. Green of Randazza Legal Group, PLLC and Maxwell Goss of Maxwell Goss PLLC. Attorney Green will serve as Defendants' Designated Resident Nevada Counsel pursuant to LR IA 11-2(d).

Dated: February 7, 2025.

Respectfully submitted,

/s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118

Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

IT IS THEREFORE ORDERED that ECF No. 35 is GRANTED. The Clerk of Court is kindly directed to remove Trey E. Rothell, Esq., from the electronic-service list in this case.

**IT IS SO ORDERED**

**DATED:** 8:43 am, February 10, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 2:23-cv-02040-ART-BNW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
TREY A. ROTHELL