Steven M. Hanle (admitted *pro hac vice*)
  shanle@stradlinglaw.com
Douglas Q. Hahn (admitted *pro hac vice*)
  dhahn@stradlinglaw.com
Salil Bali (admitted *pro hac vice*)
  sbali@stradlinglaw.com
Ahmad S. Takouche (admitted *pro hac vice*)
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Tel: (949) 725-4000

Ogonna M. Brown, Esq., NV Bar No. 7589
  Ogonna.Brown@wbd-us.com
Meng Zhong, Esq., NV Bar No. 12145
  Meng.Zhong@wbd-us.com
WOMBLE BOND DICKINSON LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.,<br><br>                                 Plaintiffs,<br><br>     vs.<br><br>Chang's Dynasty LLC and Alan Chang,<br><br>                                 Defendants. | Civil Action No.  2:23-cv-02040-ART-BNW<br><br>Honorable Anne R. Traum<br>Magistrate Judge Brenda Weksler<br><br>**JOINT MOTION TO STAY CASE FOR THIRTY DAYS PENDING SETTLEMENT DISCUSSIONS** |

Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc. ("Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang ("Defendants") (collectively, "the Parties") hereby respectfully and jointly move the Court for a thirty (30) day stay of proceedings pursuant to FRCP 26, LR IA 6-1 and LR 26-3. A stay is warranted because the Parties have expressed an intent to resolve this litigation pending between them and have reached a settlement in principle.

The Parties submit that a 30-day stay in this litigation would assist the Parties to focus their efforts on preparing a final settlement agreement incorporating the terms of the settlement in principle. The Parties are optimistic that they will be able to work together in good faith to reach a final agreement. In the event a final settlement agreement is not reached, the Parties will jointly submit a proposed amended scheduling order at the conclusion of the stay. Accordingly, the Parties hereby jointly request a stay of the present litigation for thirty (30) days in the interest of the Parties' and judicial efficiency while discussions continue toward reaching a final settlement agreement. Good cause exists to grant this request as the Parties do not seek the stay requested herein for delay but instead seek to stay all proceedings in the interest of efficiency and judicial economy.

Dated: April 8, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Douglas Q. Hahn*
    Douglas Q. Hahn

WOMBLE BOND DICKINSON (US) LLP
    Meng Zhong, Esq.
    Ogonna M. Brown, Esq.

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

MAXWELL GOSS PLLC

By: */s/ Maxwell Goss*
    Maxwell Goss

-2-

| | |
|---|---|
| 1 | RANDAZZA LEGAL GROUP |
| 2 | Marc J. Randazza |
|   | Ronald D. Green |
| 3 | |
| 4 | *Attorneys for Defendants* |
|   | *Chang's Dynasty LLC and Alan Chang* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

JOINT MOTION TO STAY CASE FOR THIRTY DAYS

4906-7935-9027v1/103693-0051

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ Douglas Q. Hahn*