## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Chang's Dynasty LLC and Alan Chang, <br><br> Defendants. | Civil Action No. 2:23-cv-02040-ART-BNW <br><br> Honorable Anne R. Traum <br> Magistrate Judge Brenda Weksler <br><br> **ORDER GRANTING** <br><br> **JOINT MOTION TO EXTEND THE GRANTED STAY FOR TWENTY-ONE DAYS** <br><br> Current end of stay:  May 12, 2025 <br> Requested new end of stay:  June 2, 2025 |

4915-9295-4177v2/103693-0051

1  Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc. ("Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang ("Defendants") (collectively, "the Parties") hereby respectfully and jointly move the Court for a twenty-one (21) day extension to the stay of proceedings previously granted by the Court. (Dkt. 43.) An extension to the granted stay is warranted because the Parties are continuing to negotiate a settlement agreement to resolve this litigation. An initial draft of the settlement agreement has been exchanged but the details of the specific terms have been complicated and negotiations of those terms require additional time.

The Parties submit that an additional 21-day stay in this litigation would assist the Parties to focus their efforts on preparing a final settlement agreement. The Parties are optimistic that they will be able to continue working together in good faith to reach a final agreement. In the event a final settlement agreement is not reached, the Parties will jointly submit a proposed amended scheduling order at the conclusion of the stay. Accordingly, the Parties hereby jointly request an extension of the stay of the present litigation for an additional twenty-one (21) days in the interest of the Parties' and judicial efficiency while discussions continue toward reaching a final settlement agreement. Good cause exists to grant this request as the Parties do not seek the extension to the stay requested herein for delay but instead seek to stay all proceedings in the interest of efficiency and judicial economy.

Dated:  May 9, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Douglas Q. Hahn
       Douglas Q. Hahn

WOMBLE BOND DICKINSON (US) LLP
   Meng Zhong, Esq.
   Ogonna M. Brown, Esq.

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

MAXWELL GOSS PLLC

By: */s/ Maxwell Goss*
    Maxwell Goss

RANDAZZA LEGAL GROUP
    Marc J. Randazza
    Ronald D. Green

*Attorneys for Defendants*
*Chang's Dynasty LLC and Alan Chang*

**IT IS SO ORDERED**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2025

-2-

JOINT MOTION TO STAY CASE FOR ADDITIONAL 21 DAYS

4915-9295-4177v2/103693-0051