Steven M. Hanle (admitted *pro hac vice*)
  shanle@stradlinglaw.com
Douglas Q. Hahn (admitted *pro hac vice*)
  dhahn@stradlinglaw.com
Salil Bali (admitted *pro hac vice*)
  sbali@stradlinglaw.com
Ahmad S. Takouche (admitted *pro hac vice*)
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Tel: (949) 725-4000

Ogonna M. Brown, Esq., NV Bar No. 7589
  Ogonna.Brown@wbd-us.com
Meng Zhong, Esq., NV Bar No. 12145
  Meng.Zhong@wbd-us.com
WOMBLE BOND DICKINSON LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Chang's Dynasty LLC and Alan Chang, <br><br> Defendants. | Civil Action No.  2:23-cv-02040-ART-BNW <br><br> Honorable Anne R. Traum <br> Magistrate Judge Brenda Weksler <br><br> **JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT DISCUSSIONS AND PROPOSED CASE SCHEDULE** <br><br> End of stay:  June 2, 2025 |

4929-5003-9625v6/103693-0051

1  Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc. ("Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang ("Defendants") (collectively, "the Parties") hereby respectfully and jointly provide this status report to the Court regarding the status of the parties' settlement discussions pursuant to the Court's orders granting the Parties' request for a stay, and further extension of same. (Dkt. 43; 46.)

At this time, the Parties have not reached a final settlement. Accordingly, the Parties request that the Court lift the stay in this matter, and enter an order adopting the following proposed, stipulated case schedule:

| Event | Deadline |
|---|---|
| Opening Expert Reports | Aug 29, 2025 |
| Rebuttal Expert Reports | Sept 26, 2025 |
| Close of Expert Discovery | Oct 10, 2025 |
| Dispositive Motions | Oct 31, 2025 |
| Pretrial Order | Nov 21, 2025 |

Further, the Parties shall meet and confer in an effort to resolve any outstanding fact discovery issues raised before the commencement of the stay and shall complete such discovery no later than August 1, 2025, except as otherwise ordered by the Court.

Good cause exists to grant this request as the Parties do not wish to further delay the resolution of this dispute.

Dated: June 4, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Douglas Q. Hahn*
    Douglas Q. Hahn

WOMBLE BOND DICKINSON LLP
    Meng Zhong, Esq.
    Ogonna M. Brown, Esq.

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

-1-

JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT DISCUSSIONS
4929-5003-9625v6/103693-0051

|   |   |
|---|---|
| 1 | MAXWELL GOSS PLLC |
| 2 | By: */s/ Maxwell Goss* |
|   | Maxwell Goss |
| 3 |   |
| 4 | RANDAZZA LEGAL GROUP |
|   | Marc J. Randazza |
| 5 | Ronald D. Green |
| 6 | *Attorneys for Defendants* |
|   | *Chang's Dynasty LLC and Alan Chang* |
| 7 |   |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2025

-2-
JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT DISCUSSIONS
4929-5003-9625v6/103693-0051

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Douglas Q. Hahn

-3-
JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT DISCUSSIONS
4929-5003-9625v6/103693-0051