Marc J. Randazza, NV Bar No. 12265
Ronald R. Green, Jr., NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Maxwell Goss (*pro hac vice*)
MAXWELL GOSS PLLC
2701 Cambridge Ct., Suite 100
Auburn Hills, Michigan 48326
Telephone: (248) 266-5879
max@maxwellgoss.com

Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Chang's Dynasty LLC and Alan Chang, <br><br> Defendants. | Civil Action No. 2:23-cv-02040-ART-BNW <br><br> Honorable Anne R. Traum <br> Magistrate Judge Brenda Weksler <br><br> **STIPULATION AND ORDER REGARDING DEPOSITIONS AND DOCUMENT PRODUCTION** |

Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. ("SRC") and K-Kel, Inc. ("K-Kel") (collectively, "Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang (collectively, "Defendants") stipulate to the following:

WHEREAS, on March 24, 2025, Defendants filed a Motion to Compel requesting that the Court order Plaintiffs to produce certain documents and present certain witnesses for deposition (ECF 40);

WHEREAS, on April 7, 2025, Plaintiffs filed a Response to Motion to Compel stating that certain of the documents sought by Defendants had recently been produced and that further such documents would be produced (ECF 41);

WHEREAS, on April 9, 2025, the Court stayed the case at the request of the parties to allow time to explore settlement and subsequently denied Defendants' Motion to Compel without prejudice and with leave to refile if no settlement was reached (ECF 43-44);

WHEREAS, on June 6, 2025, no settlement having been reached, the Court lifted the stay and imposed certain deadlines at the request of the parties (ECF 48);

WHEREAS, the parties have continued to negotiate in good faith concerning the discovery sought in Defendants' motion to compel and have reached agreement concerning the production of documents and the scheduling of depositions;

WHEREAS, no other dates or deadlines in the case will be impacted by the agreed dates for the document production and depositions set forth below;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that Plaintiff shall produce complete copies of the following documents on or before August 8, 2025, which may be designated Attorney's Eyes Only as appropriate:

1. SRC's and K-Kel's monthly income statements for 2017-2025;
2. SRC's and K-Kel's monthly balance sheets for 2017-2025; and
3. Profit & loss statements for 2017-2025, where available, for the following entities:
   a. The Spearmint Rhino Adult Superstores, Inc.

FURTHER, THE PARTIES STIPULATE AND AGREE that Defendants shall produce complete copies of the following documents on or before August 8, 2025, which may be designated Attorney's Eyes Only as appropriate:

1. The capitalization table identified by Greg Conrad in the Fed. R. Civ. P. 30(b)(6) deposition of Chang's Dynasty.

FURTHER, THE PARTIES STIPULATE AND AGREE that Plaintiffs shall present the following witnesses for deposition on the dates and times specified below at the offices of Plaintiffs' counsel in Newport Beach, California:

| Kathy Vercher, in her personal capacity and as corporate representative for Plaintiffs under Rule 30(b)(6) | August 25, 2025 at 9:30 a.m. PT |
| --- | --- |
| Amber Vander Heul, in her personal capacity and as corporate representative for Plaintiffs under Rule 30(b)(6) | August 26, 2025 at 9:30 a.m. PT |
| John Gray, in his personal capacity | August 27, 2025 at 9:30 a.m. PT |

FURTHER, THE PARTIES STIPULATE AND AGREE that the foregoing agreements be entered as a stipulated order, subject to the Court's approval.

**IT IS SO STIPULATED.**

DATED this 31st day of July, 2025.
/s/ _____
Maxwell Goss (*pro hac vice*)
MAXWELL GOSS PLLC
2701 Cambridge Ct., Suite 100
Auburn Hills, Michigan 48326
Telephone: (248) 266-5879
max@maxwellgoss.com

Marc J. Randazza, NV Bar No. 12265
Ronald R. Green, Jr., NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com
Attorneys for Defendants
Chang's Dynasty LLC and Alan Chang

DATED this 31st day of July, 2025.
/s/ _____
Douglas Q. Hahn (*pro hac vice*)
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive
Newport Beach, CA 92660
Tel: (949) 725-4000
dhahn@stradlinglaw.com

Meng Zhong, Esq. (NV Bar No. 12145)
Ogonna M. Brown, Esq. (NV Bar No. 7589)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
MZhong@lewisroca.com
OBrown@lewisroca.com
Attorneys for Plaintiff The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: August 1, 2025

-3-
Stipulation and [Proposed] Order
2:23-cv-02040-ART-BNW

4862-7990-9557v2/103693-0051