**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.

    Plaintiff(s),

vs.

Chang's Dynasty LLC and Alan Chang

    Defendant(s).

Case #2:23-cv-02040-ART-BNW

**ORDER APPROVING**

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

_____Jeffrey M. Cohon_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

GARRELL COHON KENNEDY LLP
(firm name)

with offices at _____550 South Hope Street, Suite 460_____,
(street address)

___Los Angeles___, ___California___, ___90071___,
(city)                    (state)             (zip code)

___(213) 647-0730___, ___jcohon@gckllp.com___.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 14, 1987 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Northern District of CA | July 2, 2002 | 131431 |
| USDC - Central District of CA | January 20, 1988 | 131431 |
| USDC - Eastern District of CA | May 3, 2024 | 131431 |
| Ninth Circuit Court of Appeals | October 7, 1994 | 131431 |
| Tenth Circuit Court of Appeals | November 5, 2012 | 131431 |
| State Bar of CA | December 14, 1987 | 131431 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
COUNTY OF __Los Angeles__ )

__Jeffrey M. Cohon__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __22__ day of __August__, __2025__.

__Deisy Lopez__ _____
Notary Public or Clerk of Court

DEISY LOPEZ
Notary Public - California
Los Angeles County
Commission # 2413453
My Comm. Expires Aug 21, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Ogonna M. Brown__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__3993 Howard Hughes Parkway, Suite 600__,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)   (state)   (zip code)

__(702) 949-8200__, __Ogonna.Brown@wbd-us.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Ogonna M. Brown_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Kathy Vercher_____
Kathy Vercher, President
The Spearmint Rhino Companies Worldwide, Inc.

_____/s/ Kathy Vercher_____
Kathy Vercher, President
K-Kel, Inc.
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

7589                    Ogonna.Brown@wbd-us.com
Bar number              Email address

**APPROVED.**

_____/s/ Anne R. Traum_____
Anne R. Traum
United States District Judge

DATED: August 25, 2025

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 8/20/2025

**LICENSEE NAME:** Jeffrey Michael Cohon

**LICENSEE BAR NUMBER:** 131431

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/14/1987

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Jeffrey Michael Cohon's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)