# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.

Plaintiff(s),

vs.

Chang's Dynasty LLC and Alan Chang

Defendant(s).

Case #2:23-cv-02040-ART-BNW

**ORDER APPROVING**

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

_____Peter E. Garrell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

GARRELL COHON KENNEDY LLP
(firm name)

with offices at ___550 South Hope Street, Suite 460___,
(street address)

___Los Angeles___, ___California___, ___90071___,
(city)                    (state)             (zip code)

___(213) 647-0730___, ___pgarrell@gckllp.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 16, 1991___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Central District of CA | January 31, 1992 | 155177 |
| USDC - Eastern District of CA | December 11, 2003 | 155177 |
| US Bankruptcy Court - Eastern District of MI | April 22, 2020 | 155177 |
| US Bankruptcy Court - Eastern District of WI | April 8, 2021 | 155177 |
| US Supreme Court | April 21, 2008 | 155177 |
| State Bar of CA | December 16, 1991 | 155177 |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____Los Angeles____ )

____Peter E. Garrell____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__22__ day of __August__, __2025__.

DEISY LOPEZ
Notary Public - California
Los Angeles County
Commission # 2413453
My Comm. Expires Aug 21, 2026

__Deisy Lopez__
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Ogonna M. Brown____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3993 Howard Hughes Parkway, Suite 600____,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)                (state)              (zip code)

__(702) 949-8200__, __Ogonna.Brown@wbd-us.com__.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Ogonna M. Brown_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Kathy Vercher_____
Kathy Vercher, President
The Spearmint Rhino Companies, Worldwide, Inc.

_____/s/ Kathy Vercher_____
Kathy Vercher, President
K-Kel, Inc.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

7589                         Ogonna.Brown@wbd-us.com
Bar number                   Email address

**APPROVED.**

_____/s/ Anne R. Traum_____
Anne R. Traum
United States District Judge

DATED: August 25, 2025

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 8/20/2025

**LICENSEE NAME:** Peter Edward Garrell

**LICENSEE BAR NUMBER:** 155177

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/16/1991

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Peter Edward Garrell's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)