Steven M. Hanle (admitted *pro hac vice*)
  shanle@stradlinglaw.com
Douglas Q. Hahn (admitted *pro hac vice*)
  dhahn@stradlinglaw.com
Salil Bali (admitted *pro hac vice*)
  sbali@stradlinglaw.com
Ahmad S. Takouche (admitted *pro hac vice*)
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel: (949) 725-4000

Ogonna M. Brown, Esq., NV Bar No. 7589
  Ogonna.Brown@wbd-us.com
Meng Zhong, Esq., NV Bar No. 12145
  Meng.Zhong@wbd-us.com
WOMBLE BOND DICKINSON LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200

*Attorneys for Plaintiffs The Spearmint Rhino*
*Companies Worldwide, Inc. and K-Kel, Inc.*

Marc J. Randazza, NV Bar No. 12265
Ronald d. Green, Jr., NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 w. Flamingo Rd., Suite B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

Maxwell Goss (*pro hac vice*)
MAXWELL GOSS PLLC
2701 Cambridge Court, Suite 100
Auburn Hills, Michigan 48326
Telephone: (248) 266-5879
max@maxwellgoss.com

*Attorneys for Defendants*
*Chang's Dynasty LLC and Alan Chang*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Chang's Dynasty LLC and Alan Chang, <br><br> Defendants. | Civil Action No. 2:23-cv-02040-ART-BNW <br><br> Honorable Anne R. Traum <br> Magistrate Judge Brenda Weksler <br><br> ***CORRECTED* JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE[1]** |

---

[1] The Parties submit this joint stipulation to correct an error that the Parties inadvertently made in a previous version of this same stipulation that was entered by the Court. (Dkt. 53, 57.) This version of the joint stipulation only clarifies the agreed-to dispositive motion date, which was incorrectly identified as November 14, 2025 in the earlier stipulation. (*Id.*) All other dates remain the same as what the Court previously entered. (*See id.*)

1    Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.

2   ("Plaintiffs") and Defendants Chang's Dynasty LLC and Alan Chang ("Defendants")

3   (collectively, "the Parties") hereby stipulate as follows pursuant to FRCP 26, LR IA 6-1 and LR

4   26-3:

5    Pursuant to Dkt. 50, the parties are completing the remaining depositions in this matter

6   on August 27, 2025.  Presently opening expert reports and disclosures are due on August 29,

7   2025.  The present deadline does not allow sufficient time for the parties to incorporate

8   testimony from the remaining three depositions, including 30(b)(6) testimony, into the expert

9   opinions and reports, necessitating supplemental reports or amendments.  To prevent such

10  inefficiencies, the parties request the following continuance to the case schedule to allow time to

11  complete fulsome opening reports.

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| F.R.C.P. 26(a)(2) Disclosures | August 29, 2025 | September 12, 2025 |
| Disclosure of Rebuttal Experts | September 26, 2025 | October 17, 2025 |
| Expert Discovery Closes | October 10, 2025 | November 21, 2025 |
| Dispositive Motions | October 31, 2025 | December 19, 2025 |
| Oppositions to Dispositive Motions | | January 23, 2026 |
| Replies ISO Dispositive Motions | | February 6, 2026 |
| Pretrial Order | November 21, 2025 | February 20, 2026 |

  Good cause exists to grant this request and increase the efficiency of expert discovery.


Dated:  August 28, 2025                STRADLING YOCCA CARLSON & RAUTH LLP

                          By:  */s/ Douglas Q. Hahn*_____
                              Steven M. Hanle
                              Douglas Q. Hahn
                              Salil Bali
                              Ahmad S. Takouche

-1-

*CORRECTED* JOINT STIP. AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE
4913-9398-7682v5/103693-0051

1
2

WOMBLE BOND DICKINSON (US) LLP
   Meng Zhong, Esq.
   Ogonna M. Brown, Esq.

3
4

*Attorneys for Plaintiffs The Spearmint Rhino*
*Companies Worldwide, Inc. and K-Kel, Inc.*

5

MAXWELL GOSS PLLC

6

By: */s/ Maxwell Goss*
     Maxwell Goss

7
8

RANDAZZA LEGAL GROUP
   Marc J. Randazza
   Ronald D. Green

9
10

*Attorneys for Defendants*
*Chang's Dynasty LLC and Alan Chang*

11
12
13
14

**IT IS SO ORDERED**

15
16
17

UNITED STATES MAGISTRATE JUDGE

18
19

DATED: August 29, 2025

20
21
22
23
24
25
26
27
28

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Douglas Q. Hahn*

Douglas Q. Hahn

*CORRECTED* JOINT STIP. AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE
4913-9398-7682v5/103693-0051