Steven M. Hanle (admitted *pro hac vice*)
  shanle@stradlinglaw.com
Douglas Q. Hahn (admitted *pro hac vice*)
  dhahn@stradlinglaw.com
Salil Bali (admitted *pro hac vice*)
  sbali@stradlinglaw.com
Ahmad S. Takouche (admitted *pro hac vice*)
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Tel: (949) 725-4000

Ogonna M. Brown, Esq., Nevada Bar No. 7589
  Ogonna.brown@wbd-us.com
Meng Zhong, Esq., Nevada Bar No. 12145
  meng.zhong@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: 702-949-8200

*Attorneys for Plaintiffs The Spearmint Rhino*
*Companies Worldwide, Inc. and K-Kel, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>Chang's Dynasty LLC and Alan Chang,<br><br>                              Defendants. | Civil Action No.  2:23-cv-02040-ART-BNW<br><br>Honorable Anne R. Traum<br>Magistrate Judge Brenda Weksler<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

WHEREAS, a fee dispute has arisen between Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. ("SRC") and K-Kel, Inc. ("K-Kel") (collectively, "Plaintiffs") and their counsel, Stradling Yocca Carlson & Rauth, LLP ("Stradling");

4933-0622-3234v1/103693-0051

WHEREAS, Plaintiffs are also represented in this action by the law firm of Garrell, Cohon, Kennedy LLP, who intend to act as lead counsel in this matter;

WHEREAS, Stradling desires to withdraw as counsel; and

WHEREAS, Plaintiffs consent to Stradling's withdrawal.

NOW, THEREFORE, for the foregoing reasons, good cause exists to grant Stradling's and Plaintiffs' request that Stradling and its attorneys, Steve Hanle, Douglas Hahn, Salil Bali and Ahmad Takouche, be immediately removed as counsel of record for Plaintiffs and that they be removed from the master service list in this action and that all electronic notices, given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter be provided to and served upon Plaintiffs' other counsel of record.

Dated:  June 5, 2026

STRADLING YOCCA CARLSON & RAUTH LLP

By:  /s/ Douglas Q. Hahn
Steven M. Hanle
Douglas Q. Hahn
Salil Bali

WOMBLE BOND DICKINSON (US) LLP
Ogonna M. Brown, Esq.
Meng Zhong, Esq.

*Attorneys for Plaintiffs The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

Dated:  June 3, 2026

GARRELL COHON KENNEDY LLP

By:  _____
Peter E. Garrell

*Attorneys for Plaintiff The Spearmint Rhino Companies Worldwide, Inc. and K-Kel, Inc.*

Dated:                          THE SPEARMINT RHINO COMPANIES
                                WORLDWIDE, INC.

                                By: _____
                                    Kathy Vercher
                                    President

Dated:                          K-KEL, INC.

                                By: _____


**IT IS SO ORDERED**

**DATED:** 10:54 am, June 08, 2026

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-3-
MOTION TO WITHDRAW AS COUNSEL OF RECORD

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Douglas Q. Hahn*
Attorney/Filer

-4-
CERTIFICATE OF SERVICE

4933-0622-3234v1/103693-0051